■ In the Matter of MICHAEL HUGHES, Appellant, v COREY BEDARD, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [984 NYS2d 887]—

Appeal from a judgment of the Supreme Court (Zwack, J.), entered January 16, 2013 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Following a tier III prison disciplinary hearing, petitioner was found guilty of drug use and violating family reunion program procedures. Upon administrative appeal, the determination was administratively reversed and a rehearing ordered due to an incomplete electronic recording of the hearing.

In cases such as this one, where the Commissioner of Corrections and Community Supervision has yet to "issue[ ] a final determination, it is entirely proper for the Commissioner to order a rehearing upon his administrative review of an inmate disciplinary proceeding, even where an error sought to be corrected is of constitutional magnitude" (*Matter of Stephens v Goord*, 273 AD2d 656, 657 [2000], *lv denied* 95 NY2d 766 [2000]; *see Matter of Higgins v Selsky*, 27 AD3d 913, 914 [2006]). As we find no basis to conclude that a rehearing was improperly ordered, Supreme Court properly dismissed the proceeding (*see Matter of Stephens v Goord*, 273 AD2d at 657).

Lahtinen, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.